**91–1063.** State v. Jones. *Scioto County,* No. 89–CA–1849. Reported at 62 Ohio St.3d 1409, 577 N.E.2d 361. On motion for rehearing. Rehearing denied.

**91–1181.** Hegedeos v. Wilharm. *Cuyahoga County,* No. 60529. Reported at 62 Ohio St.3d 1410, 577 N.E.2d 362. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**91–417.** Findlay/Hancock Cty. Bar Assn. v. Leatherman. On response to show cause order. No action will be taken by the court at this time.

DOUGLAS, J., would dismiss the show cause order.

RESNICK, J., would permit Michael J. Leatherman to continue installment payments.

MOYER, C.J., would hold respondent in contempt.

**91–1879.** Toledo Bar Assn. v. Leizerman. On motion to be permitted to advance living expenses to clients and memorandum in support. Motion denied.

DOUGLAS, J., would dismiss the motion and have the cause proceed to the Board of Commissioners on Grievances and Discipline.

RESNICK, J., not participating.